EXHIBIT "A"

# Evaluation of a Failed Heat Exchanger

Report Prepared by

P.W. Brown, Ph.D.

November 10, 2015

Introduction

A heat exchanger unit in an air conditioner system, that had been determined to be leaking while in service, was removed and provided for analyses. The heat exchanger was fabricated by inserting straight copper tubes into aluminum fins. Galvanized steel endplates, having holes punched into them to accommodate the ends of copper tubes, were attached. Copper U-tubes were brazed on the ends of the straight copper tubes to provide a continuous flow path for Freon coolant and appropriate fittings were attached. The as-received heat exchanger was photodocumented and these are presented in Figures 1-9. These figures show the structure of the heat exchanger. These figures also document the corrosion of the galvanized endplate and the accretion of corrosion products.

Analysis of Endplate Corrosion

Figure 10 shows the location of sampling from which corrosion product was lifted from the surface of an endplate for subsequent analyses by scanning electron microscopy and energy dispersive X-ray analyses (SEM/EDX). The results of these analyses of the corrosion products are presented in Figure 11. This analysis revealed the presence of iron oxide/hydroxide and zinc oxide and these findings confirm that the corrosion products are present as a result of the deterioration of the galvanized endplates.

Leak Testing of the Heat Exchanger

This heat exchanger was designed to operate over a range of elevated internal pressures, from about 115 psi to about 350 psi. Thus even a small leak is significant with respect to the loss of Freon. To locate and evaluate the leak, which had been identified when this unit was in service, the heat exchanger was immersed in water and pressurized with nitrogen gas. The process is documented in Figure 12.

Pressurization resulted in the release of gas bubbles, thus confirming the presence of a leak. However, because as Figure 4 shows, the copper tubes are encased in the aluminum fins at various depths, it was not possible to determine the precise location of the leaking tube. Consequently, it was necessary to remove the aluminum fins. This was done by hand. The soft aluminum was easily stripped away from the copper tubes without damaging them. The ability to do so confirmed the absence of a bond between these components. Doing so exposed the copper tubes as illustrated in Figures 13 and 14. With the copper tubes exposed, the heat exchanger was again immersed in water and pressurized with nitrogen gas. Escaping gas indicated the specific location of the leak, Figures 13 and 14.

Exposing the copper coils by removing aluminum fins also revealed a design flaw in the heat exchanger. The fabrication methodology used creates crevices. This is indicated by the presence of dark bands on the copper tube surfaces. This banding can be readily observed in Figure 15. The presence of these bands is indicative of copper corrosion.

When the heat exchanger was again pressurized, after exposing the copper tubes in the vicinity of the leak, the precise leak location was established. This is illustrated in

2

Figures 16 at the location where bubbles can be seen.  As this figure also illustrates, the bubbles emerge from the copper tube at a location that is within one of the dark bands.

Once the specific location of the leak was established, a section of the copper tube was removed from the heat exchanger for more detailed observation and analyses.  Two views of that section are shown in Figures 16 and 17.  Figure 18 shows in more detail the specific area of the leak.

Optical Microscope Observations of the Extracted Copper Tube
This area of the tube was also observed using a stereo-optical microscope, Figure 19.  The pinhole which had caused the leak is shown in the top view.  However other pinholes, which had not yet penetrated the entire wall thickness of the copper tube, were also observed.  These are illustrated in the bottom view of Figure 19.

Because it was desired to preserve the tube intact to provide a context for the leak, it was not mounted in resin and polished to produce a cross-section.  For this reason optical microscopy is not optimal with respect to characterizing the pinholes.  Consequently, scanning electron microscopy was used.

Scanning Electron Microscope Observations of the Extracted Copper Tube and EDX Analyses
Figure 20 shows to SEM images of the region surrounding the pinhole leak. The pinholes can be observed as can the corrosion caps which tend to form.

Figure 21 shows SEM image of the same region as was presented in Figure 20, along with an EDX spectrum of the area of the corrosion cap.  In addition to expected peaks for copper there is a significant peak for aluminum and a peak for chloride.  In the event of the availability of chloride, a chloride peak at this location would be expected because anions migrate to the areas of active corrosion.

Figure 22 shows a similar situation as for Figure 21.  Chloride has accumulated at a location of active corrosion.

Figure 23 shows there to be an absence of chloride at random locations on the surface of the copper tube that are remote from the pinholes.

Figures 24, 25, 26, 27, 28, and 29 show the formation of pinholes is common.

Conclusions
The leak in the copper tube within the heat exchanger unit analyzed is the result of external corrosion.   While heat exchanger units comprised of copper tubing and aluminum fins are not uncommon, there is a design flaw associate with the unit examined This flaw is that the design produces crevices.  Crevices, in turn, promote pinhole corrosion.



Figure 1.  As received coil, face side 1.  The aluminum fins are evident.



Figure 2.  As received coil, face side 2.  Inset shows identification labels stenciled on the frame



Figure 3.  End #1 view of the heat exchanger



Figure 4.  End #2 view of the heat exchanger.  The galvanized end plate and the copper U-tubes are evident.



Figure 5.  Close-up view of end #1 showing that the galvanized end plate has corroded. Corrosion has proceeded to the point that the galvanization has locally been exhausted and red rust formed as a result of the corrosion of the underlying steel has occurred.



Figure 6.  Detail showing the red rust on the galvanized end plate and the rust staining of the aluminum fins.



Figure 7.  Another view of the corrosion products which have accumulated on the end plate and on the aluminum heat exchanger fins.



Figure 8.  A view showing the accretion of corrosion products on the endplate, on the aluminum heat exchanger fins, on the copper coils and on the copper U-tubes



Figure 9.  Side view showing the extent of corrosion and the accretion of corrosion products.



Figure 10.  The location of the "rust lift."

8





Figure 11. SEM image and energy dispersive X-ray spectrum of the corrosion products removed from the endplate of the heat exchanger. This analysis reveals the presence of zinc and iron in this corrosion product.  No extraneous elements, such as chloride, were observed.



Figure 12.  Apparatus for leak testing the heat exchange unit.  Bubbles rising to the surface were observed but the specific location of the leak could not be identified.



Figure 13.  The aluminum fins have been removed in the area where bubbles could be observed.



Figure 14.  Detail showing the region in Figure 11 where the aluminum fins had been removed.  The fins are fabricated from soft aluminum and are amenable to be being removed by a hand held pliers.  The copper coils exposed are not uniform in color but show darkened bands.



Figure 15.  Banding of the copper tubes is evident and a bubble emerging from a dark (corroded) region on the right side of central coil can be observed.  The tube showing the leak is in the center plane of the heat exchanger (see Figure 4 for the organization of the tubes).  This would indicate that the leak is not a consequence of mechanical damage from an external source.





Figure 16.  Photos of the general area of the leak showing several bubbles have emerged
due to the leak.





Figure 17.  Two views of the tube rotated by ~180 degrees.



Figure 18.  View of the pin hole in the copper tube.





Figure 19.  Optical microscope views of pin holes.  Note that several pinholes are present
and these are present in the corroded (dark) area of the tube. Top 90X.  Bottom 170X.

14





Figure  20.  SEM images of the pinholes including the leaking pinhole, 75X and 200X
magnifications.  Corrosion caps can be observed





Figure 21 SEM image with EDX spectra of the corrosion cap.  Chloride has accreted at
this location





Figure 22.  SEM image with an EDX spectrum at a second pinhole.  Chloride has accreted at this location

17





Figure 23.  SEM image with EDX spectra remote from a pinhole.  Chloride is not
observed at this location



Figure 24.  Pinholes observed by SEM at 150 and 300 X magnification.





Figure 25.  SEM image and EDX spectrum at a pinhole showing the accumulation of chloride.







Figure 26  SEM images of pinholes at magnifications of 200, 650 and 1700X.



15.0kV 9.6mm x100 BSETOPO 50Pa    500um



15.0kV 9.6mm x250 BSETOPO 50Pa    200um



Figure 27.  SEM images of pinholes at magnifications of 100, 250 and 700X.







Figure 28.  SEM images of a pinhole at magnifications of 350, 1000 and 1400X.







Figure 29. SEM images of a pinhole at magnifications of 150, 350 and 1100X.