EXHIBIT "D"
REDACTED

Case 2:15-cv-08523-CAS-KK Document 86-4 Filed 11/30/16 Page 2 of 6 Page ID #:1105

# VANTAGE AIR, INC

8914 Geyser Ave., Northridge, CA 91324
(818) 773-6400 Ph. (818) 885-1800 Fx.
Lic.#718694

**Service Ticket**

№ 60647

DATE 7/9/15

SOLD TO:

SHIP TO: Amna Monrn
1155 S. Grand Ave.
Los Angeles CA
EVO # 425

| Qty | Description | Unit | | Amount | |
|---|---|---|---|---|---|
| 2 | LBS. 410A | 49 | 00 | 98 | 00 |
| 1 | Leak Test | | | 35 | 00 |

Called Out On A/C Not Working.
Found Unit Was Low In Refrigerant.
Charged Unit Up, Leak Tested
Entire System And Found
Evap Coil Is Leaking And
Will Need To Be Replaced.
Will Submit Quote.

Gregg A Fowler
5405 2473 2647 4821
Master Card Exp. 02/17 #386
700 S. Fower St
22nd Floor
Los Angeles CA 90017
Email Joanna Paul 216@gmail.com

| | | | |
|---|---|---|---|
| Material | | 183 | 00 |
| Tax | | 11 | 97 |
| Truck Chg. | | 65 | 00 |
| Labor | | 147 | 00 |

McQuay
M/N W.FCN.1.024.M.E.Y.R.T.01.YY.A.C.Y.YY.
Y.YYY.YYY.YYY.A.Y.YYY.Y.Y.S.I.Y.2.
S/N AUBU065002050

CUSTOMER NO.          TECH # 33

TOTAL 356 97

signature          Gregg A. Fowler
                        print

Case 2:15-cv-09523-CAS-KK   Document 66-4   Filed 11/09/16   Page 3 of 6   Page ID #:1106



# VANTAGE AIR, INC

**8914 Geyser Ave., Northridge, CA 91324**
**(818) 773-6400 Ph. (818) 885-1800 Fx.**
**Lic.#718694**

**Service Ticket**

N⁰ 62106

DATE 2/12/16

SOLD TO: _____

SHIP TO: JOANNA PARK
1155 S. GRAND AVE.
LOS ANGELES CA
EVO # 425

| | | | | | |
|---|---|---|---|---|---|
| 1 | 106546101 EVAP CON 22X18 | | | | |
| 1 | RECOVERY | | | | |
| 1 | WELDING | | | | |
| 1 | VACCUM | | | | |
| 37 | OZ. R-410A | | | | |
| 1 | MISC. HARDWARE | | | | |
| | | | | | |
| | PICKED UP NEW EVAP CON, | | | | |
| | RECOVERED REFRIGERANT, INSTALLED | | | | |
| | NEW EVAP CON, PULLED DEEP | | | | |
| | VACCUM, CHECKED SYSTEM | | | | |
| | UP AND CHECKED OPERATION. | | | | |
| | | | | | |
| | OK TO CHARGE CARD ON FILE. | | | | |

| | | | Material | | |
|---|---|---|---|---|---|
| | | | Tax | | |
| | McQuay | | Truck Chg. | | |
| M/N | W.FCV.1.024.M.E.Y.R.T.01.YY.A.C.Y.YY. | | Labor | | |
| | Y.YYY.YYY.VVY.A.Y.YYY.Y.YY.S.1.Y.2. | | | | |
| S/N | AUBU065002050 | | | | |

CUSTOMER NO.                    TECH # 33

signature                    Amanda O Moran
                                    print

| TOTAL | 1,957.95 |
|---|---|

**ALL INVOICES ARE NET 30. A FEE OF $45.00 WILL BE ADDED TO INVOICES PAID LATE**

# Vantage Air, Inc

8914 Geyser Avenue
Northridge, CA 91324

818/773-6400 Fax 818/885-1800
License # 718694

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/12/2016 | 50219 |

| Bill To | Ship To |
|---------|---------|
| JOANNA PARK<br>1155 S. GRAND AVE.,#425<br>Los Angeles, CA 90015 | EVO<br>1155 S. GRAND AVE.,#<br>Los Angeles, CA 90015 |

| P.O. Number | Terms | Rep | Work Ticket # | Date of Work |
|-------------|-------|-----|---------------|--------------|
| | C.O.D | 33 | 62106 | 2/12/16 |

| Quantity | Item Code | Description | Rate | Amount |
|----------|-----------|-------------|------|--------|
| 1 | MAT | MATERIALS | 1,255.00 | 1,255.00T |
| 1 | NTL | LABOR CHARGES | 590.00 | 590.00 |
| | | REPLACED COIL IN UNIT #425 (JOANNA PARK) | | |
| | | LA CITY(NEW)new Sales Tax -9.0% (start 1/1/13) | 9.00% | 112.95 |

| | Total | $1,957.95 |
|---|-------|-----------|

**Chase Online**                                                                    **Tuesday, April 19, 2016**

**Search Results TOTAL CHECKING** ██████

**Transaction type:** Debit Card Transaction
**Date range:** 07/01/2015 - 07/31/2015

**Search Results 1 - 37**

| Date | Type | Description | Debit | Credit |
|------|------|-------------|-------|--------|
| ██████ | ██████████ | ████████ | ████ | |
| ██████ | ██████████ | ██████████ | ████ | |
| ██████ | ██████████ | ████████ | ████ | |
| ██████ | ██████████ | ███████ | ████ | |
| ██████ | ██████████ | ███████ | ████ | |
| ██████ | ██████████ | ████████ | ████ | |
| ██████ | ██████████ | ██████████ | ████ | |
| ██████ | ██████████ | █████████ | ████ | |
| ██████ | ██████████ | █████████ | ████ | |
| ██████ | ██████████ | █████████ | ████ | |
| ██████ | ██████████ | ███████████ | ████ | |
| ██████ | ██████████ | ██████████ | ████ | |
| ██████ | ██████████ | █████████ | ███ | |
| ██████ | ██████████ | █████████ | ████ | |
| ██████ | ██████████ | ███████ | ████ | |
| ██████ | ██████████ | █████████ | ████ | |
| ██████ | ██████████ | █████████ | ████ | |
| ██████ | ██████████ | ████████ | ████ | |
| ██████ | ██████████ | █████████ | ████ | |
| ██████ | ██████████ | ████████ | ████ | |
| ██████ | ██████████ | ████████ | ████ | |
| 07/15/2015 | Debit Card Transaction | VANTAGE AIR INC 818-7736400 CA 07/14 | $185.15 | |



| 07/08/2015 | Debit Card Transaction | VANTAGE AIR INC 818-7736400 CA 07/07 | $207.00 |

© 2016 JPMorgan Chase & Co.