# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA PARK-KIM and MARIA RAMOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DAIKIN INDUSTRIES, LTD., DAIKIN APPLIED AMERICAS INC., F/K/A MCQUAY INTERNATIONAL, DAIKIN NORTH AMERICA LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:15-cv-09523-CAS-KK<br><br>**FINAL JUDGMENT**<br><br>Assigned to Hon. Christina A. Snyder |

## FINAL JUDGMENT

The Court, having GRANTED Defendant Daikin Applied Americas, Inc.'s ("Defendant" or "Daikin") Motion to Dismiss in this above-entitled action by minute order dated January 23, 2017 (Dkt. #75), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Fourth Amended Complaint and

///

---

**FINAL JUDGMENT**

1  action are hereby DISMISSED without leave to amend.

2      Plaintiffs' claims are dismissed with prejudice, Plaintiffs shall take nothing,
3  and Defendant shall have a judgment against Plaintiffs on all claims. Each side
4  shall bear its own attorneys' fees and costs.

5

6  Dated: March 29, 2017              _____
7                                   UNITED STATES DISTRICT JUDGE
                                   Hon. Christina A. Snyder

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**FINAL JUDGMENT**